UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT VERNON FRAZIER,<br><br>            Plaintiff,<br>v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>            Defendant. | No.  CV-13-270-JPH<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED: March 11, 2014

                                        SEAN F. McAVOY
                                        Clerk of Court

                                        By:  *s/Karen White*
                                                Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**